ACCELERATED LAW GROUP
Joseph T. Nold, Esq.
State Bar No.: 008210
3030 South Jones Blvd., Ste. 105
Las Vegas, Nevada 89146
Telephone: (702) 262-1651
Fax: (702) 383-6051
Email: noldj@cox.net
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GOLPIRA GINA AMIR,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ANKOOR SHAH<br><br>　　　　　Defendant. | Case Number:<br>2:25-cv-01507-MMD-MDC<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO CHANGE VENUE OR TRANSFER [ECF NO. 7] AND MOTION TO DISMISS [ECF NO. 8]**<br><br>**(FIRST REQUEST)** |

Plaintiff Golpira Gina Amir ("Plaintiff"), and defendant Ankoor Shah ("Defendant"), by and through their respective, undersigned counsels, hereby stipulate and agree to as follows:

1.   On or about August 22, 2025, Defendant filed its Motion to Change Venue or Transfer (ECF No. 8) and Motion to Dismiss (ECF No. 8) (collectively the "Motions").

2.   Plaintiff's current deadline to respond to the Motions September 5, 2025, however, due to a scheduling conflict with Plaintiff's counsel, the Parties have stipulated to a fourteen (14) day extension to respond to the Motions.

3.   Thus, Plaintiff's new deadline to respond to the Motions shall be extended to **September 19, 2025**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier, III
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　　　　　DATED: September 12, 2025

Page 1 of 2

MAC: 00002-323 (#6022994.1)

| | |
|---|---|
| Submitted By:<br>Dated this 9th day of September, 2025 | Approved as to Content By:<br>Dated this 9th day of September, 2025 |
| **ACCELERATED LAW GROUP** | **SKLAR WILLIAMS PLLC** |
| *By: /s/ Joseph T. Nold*<br>    Joseph T. Nold, Esq.<br>    State Bar No.: 008210<br>    3030 South Jones Blvd., Ste. 105<br>    Las Vegas, Nevada 89146<br>    Telephone: (702) 262-1651<br>    Fax: (702) 383-6051<br>    Email: noldj@cox.net<br>    *Attorney for Plaintiff* | By: */s/Anthony R. Anger*<br>    Anthony R. Ager, Esq.<br>    Nevada Bar No. 7969<br>    410 S. Rampart Blvd., Suite 350<br>    Las Vegas, Nevada 89145<br>    Telephone: 702-360-6000<br>    Fax: 702-360-0000<br>    Email: aager@sklar-law.com<br>    *Attorneys for Defendant* |

MAC: 00002-323 (#6022994.1)