Anthony R. Ager, Esq.
Nevada Bar No.: 7969
Sklar Williams PLLC
410 S. Rampart Blvd., Suite 350
Las Vegas, NV 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
aager@sklar-law.com
*Attorney for Defendant Ankoor Shah*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLPIRA GINA AMIR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANKOOR SHAH, an individual; and DOES and ROES 1 thru 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01507-MMD-MDC<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE, OR ALTERNATIVELY, MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) FOR LACK OF PERSONAL JURISDICTION**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Golpira Gina Amir ("Plaintiff"), through its counsel of record, Knight & Ryan, and Defendant Ankoor Shah ("Defendant"), through its counsel of record, Sklar Williams PLLC (collectively, the "Parties"), as follows:

1. On August 22, 2025, Defendant filed his Motion to Transfer Venue, or Alterantively, Motion to Dismiss Pursuant to Rule 12(b)(2) for Lack of Personal Jurisdiction (the "Motion"). (ECF Nos. 7 and 8.)

2. On September 19, 2025, Plaintiff filed her Opposition to Defendant's Motion. (ECF Nos. 15 and 16.)

3. Pursuant to LR 7-2(b), the deadline to file and serve any reply in support of the Motion is seven (7) days after service of the response, or on or before September 26, 2025.

4. Good cause exists to grant the extension. Given the complexity of the issues, Defendant requires additional time to prepare his Reply in Support of the Motion.

1

5.　Accordingly, pursuant to LR IA 6-1(a), the Parties have agreed to extend the deadline for Defendant to file a Reply in Support of the Motion by seven (7) days.

6.　Therefore, the Parties stipulate and agree that Defendant shall have up to and including October 3, 2025 within which to file his Reply in Support of the Motion.

7.　This is the Parties' first request to extend Defendant's reply deadline and is made for the reasons set forth herein and not for the purposes of delay.

Dated: September 22, 2025.

KNIGHT & RYAN                                   SKLAR WILLLIAMS PLLC

By: __/s/ Robert A. Ryan, Esq._____            By: __/s/ Anthony R. Ager, Esq._____
　　Robert A. Ryan, Esq.                            Anthony R. Ager, Esq.
　　Nevada Bar No. 12084                            Nevada Bar No. 7969
　　8880 W. Sunset Rd., Ste. 130                    410 S. Rampart Blvd., Ste. 350
　　Las Vegas, NV 89148                             Las Vegas, NV 89145
　　*Attorney for Plaintiff Golpira Gina Amir*      *Attorney for Defendant Ankoor Shah*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 23, 2025