Robert A. Ryan, Esq. #12084
robert@knightryan.com
Scott A. Knight, Esq. #9083
scott@knightryan.com
KNIGHT & RYAN
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
Telephone: 702.462.6083
*Attorneys for Plaintiff,*
*Golpira Gina Amir*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GOLPIRA GINA AMIR,<br><br>            Plaintiff,<br><br>vs.<br><br>ANKOOR SHAH<br><br>            Defendant. | Case No.: 2:25-cv-01507-MMD-MDC<br><br>**SUBSTITUTION OF COUNSEL FOR PLAINTIFF, GOLPIRA GINA AMIR** |

Pursuant to LR IA 11-6(c), Plaintiff, Golpira Gina Amir, hereby substitutes:

Robert A. Ryan, Esq. #12084
Scott A. Knight, Esq. #9083
KNIGHT & RYAN
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
Telephone: 702.462.6083

in the above-entitled action, in place of and instead of Jospeh T. Nold, Esq. of the law firm of ACCELERATED LAW GROUP.

Consistent with LR IA 11-6(c), the foregoing stipulation is executed by the represented clients, the withdrawing counsel and the newly appearing counsel of record. Additionally, this case has been recently filed, so no relief or delay of any pretrial proceedings, trial, or hearings by the discovery plan or any other court order is necessary or requested pursuant to LR IA 11-6(e).

1  I hereby authorize the above and foregoing substitution.

2  Dated this ____ day of September 2025.

3  Golpira Gina Amir

4  _____

5  We hereby consent to the above and foregoing substitution.

6  Dated this ____ day of September 2025

7  ACCELERATED LAW GROUP

8

9  By:_____
   Joseph T. Nold, Esq. #8210
10  3030 South Jones Blvd., Ste. 105
   Las Vegas, Nevada 89146

11

12  We are duly admitted to practice in this district and hereby accept the above and foregoing

13  substitution as attorneys for Plaintiff, Golpira Gina Amir.

   Dated this ____ day of September 2025.

14

15  KNIGHT & RYAN

16

17  By:_____
   Robert A. Ryan, Esq. #12084
   Scott A. Knight, Esq. #9083
18  8880 W. Sunset Rd., Suite 130
   Las Vegas, Nevada 89148

19

20

21

22

23

24  _____

25

1    I hereby authorize the above and foregoing substitution.

2                    Dated this ____ day of September 2025.

3                    Golpira Gina Amir

4    _____

5    We hereby consent to the above and foregoing substitution.

6                    Dated this 9 day of September 2025

7                    ACCELERATED LAW GROUP

8

9                    By: _____
                     Joseph T. Nold, Esq. #8210
10                   3030 South Jones Blvd., Ste. 105
                     Las Vegas, Nevada 89146

11   We are duly admitted to practice in this district and hereby accept the above and foregoing
12   substitution as attorneys for Plaintiff, Golpira Gina Amir.
13                   Dated this ____ day of September 2025.
14                   KNIGHT & RYAN

15

16

17                   By:_____
                     Robert A. Ryan, Esq. #12084
                     Scott A. Knight, Esq. #9083
18                   8880 W. Sunset Rd., Suite 130
                     Las Vegas, Nevada 89148

19

20

21

22

23

24

25



I hereby authorize the above and foregoing substitution.

Dated this ____ day of September 2025.

Golpira Gina Amir

_____

We hereby consent to the above and foregoing substitution.

Dated this ____ day of September 2025

ACCELERATED LAW GROUP

By:_____
Joseph T. Nold, Esq. #8210
3030 South Jones Blvd., Ste. 105
Las Vegas, Nevada 89146

We are duly admitted to practice in this district and hereby accept the above and foregoing substitution as attorneys for Plaintiff, Golpira Gina Amir.

Dated this __9__ day of September 2025.

KNIGHT & RYAN



By:_____
Robert A. Ryan, Esq. #12084
Scott A. Knight, Esq. #9083
8880 W. Sunset Rd., Suite 130
Las Vegas, Nevada 89148

**ORDER**

IT IS SO ORDERED

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE
Dated: September 23, 2025